UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ, | Case No. 17-cv-00648-KAW |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| DARAKAR, INC., et al., | |
| Defendants. | |

Plaintiff Francisca Moralez filed her complaint in this action on February 9, 2017. The last day for the joint inspection of premises was May 25, 2017, and the Plaintiff's notice of need of mediation was due within 42 days of the joint site inspection. (*See* Scheduling Order at 1, Dkt. No. 4; General Order 56 ¶ 7.) As of the filing of this order, Plaintiff has not filed any such notice or moved for administrative relief from that deadline.

Accordingly, Plaintiff shall show cause why this case should not be dismissed for failure to prosecute. Plaintiff shall file a written response to this order to show cause within 14 days.

IT IS SO ORDERED.

Dated: September 14, 2017

_____
KANDIS A. WESTMORE
United States Magistrate Judge