UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br>　　　　Plaintiff,<br>　　v.<br>DARAKAR, INC., et al.,<br>　　　　Defendants. | Case No. 17-cv-00648-KAW<br><br>**SECOND ORDER TO SHOW CAUSE** |

Plaintiff Francisca Moralez filed her complaint in this action on February 9, 2017. The last day for the joint inspection of premises was May 25, 2017, and the Plaintiff's notice of need of mediation was due within 42 days of the joint site inspection. (*See* Scheduling Order at 1, Dkt. No. 4; General Order 56 ¶ 7.) Plaintiff did not file a notice of need of mediation, and on September 14, 2017, the Court issued an order to show cause, requiring Plaintiff to explain why the case should not be dismissed for failure to prosecute. (Dkt. No. 16.)

That same day, Plaintiff filed a response, stating that the parties had discussed a potential resolution and that she had exchanged an initial settlement agreement with one of the Defendants. (Dkt. No. 16 ¶¶ 4, 6-7.) Plaintiff also stated that she would meet and confer with Defendants about a stipulation for administrative relief from the deadlines. (*Id.* ¶ 13.)

On October 3, 2017, the Court discharged the order to show cause. (Dkt. No. 17.) The Court noted, however, that Plaintiff had not yet filed a stipulation for administrative relief from the deadlines, and ordered Plaintiff to file a request or stipulation and proposed order for administrative relief from the deadlines within 14 days of the order. (*Id.* at 2.) The Court stated that the request for administrative relief need not be filed if Plaintiff filed a notice of settlement of the entire case. (*Id.*)

As of the date of this order, however, Plaintiff has not filed a stipulation for administrative relief from the deadlines, nor has Plaintiff filed a notice of settlement of the case. Accordingly, the Court ORDERS Plaintiff to: (1) show cause why this case should not be dismissed for failure to prosecute, and (2) file a request and proposed order for administrative relief from the deadlines or, in the alternative, a notice of settlement of the entire case. Failure to complete both tasks within 14 days of this order may result in the dismissal of this case.

IT IS SO ORDERED.

Dated: November 15, 2017

_____
KANDIS A. WESTMORE
United States Magistrate Judge