| | |
|---|---|
| 1 | Tanya E. Moore, SBN 206683 |
| 2 | MISSION LAW FIRM, P.C.<br>332 North Second Street |
| 3 | San Jose, California 95112<br>Telephone (408) 298-2000 |
| 4 | Facsimile (408) 298-6046<br>E-mail: service@mission.legal |
| 5 | Attorney for Plaintiff,<br>Francisca Moralez |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

FRANCISCA MORALEZ,  )  No. 4:17-cv-00648-KAW
        Plaintiff,  )
    vs.  )  **STIPULATION TO EXTEND DEADLINE TO COMPLETE JOINT SITE INSPECTION UNDER GENERAL ORDER 56 AND RELATED DATE; [PROPOSED] ORDER AS MODIFIED**
DARAKAR, INC., et al.,  )
        Defendants.  )

**WHEREAS,** on February 10, 2017, the Court issued a Scheduling Order for Cases Asserting Denial of Right of Access under the Americans with Disabilities Act (Dkt. 4) ("the Scheduling Order");

**WHEREAS,** Plaintiff Francisca Moralez ("Plaintiff") and Defendants, Darakar, Inc., and Valero 1800 W 10th Street, Antioch, CA ("Defendants," and together with Plaintiff, "the Parties") have not yet had the opportunity to conduct the joint site inspection required pursuant to General Order 56 and the Scheduling Order;

**WHEREAS,** Plaintiff filed a motion for substitution of counsel on July 5, 2018 (Dkt. 28) that has been granted;

**NOW, THEREFORE,** the Parties, by and through their respective counsel, stipulate to a continuance of the joint site inspection to a date on or after September 4, 2018, with all dates

STIPULATION TO EXTEND DEADLINE TO COMPLETE JOINT SITE INSPECTION UNDER GENERAL
ORDER 56 AND RELATED DATE; [PROPOSED] ORDER

Page 1

triggered by that deadline continued accordingly;

**IT IS SO STIPULATED.**

Dated: July 6, 2018                                   MISSION LAW FIRM, A.P.C.

                                     */s/ Tanya E. Moore*
                                     Tanya E. Moore
                                     Attorney for Plaintiff,
                                     Francisca Moralez

Dated: July 6, 2018                                   VAUGHAN & ASSOCIATES

                                     */s/ Cris C. Vaughan*
                                     Cris C. Vaughan
                                     Attorneys for Defendants,
                                     Darakar, Inc., and Valero 1800 W 10th Street,
                                     Antioch, CA

## **ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                     */s/ Tanya E. Moore*
                                     Tanya E. Moore
                                     Attorney for Plaintiff,
                                     Francisca Moralez

## **ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the deadline for the Parties to complete the joint site inspection is extended to a date on or after September 4, 2018, with all dates triggered by that deadline continued accordingly

**IT IS SO ORDERED**.

Dated: 7/9/18                                          _____
                                             United States Magistrate Judge

STIPULATION TO EXTEND DEADLINE TO COMPLETE JOINT SITE INSPECTION UNDER GENERAL
ORDER 56 AND RELATED DATE; [PROPOSED] ORDER