1  Tanya E. Moore, SBN 206683
   MISSION LAW FIRM, A.P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: service@mission.legal

5  Attorney for Plaintiff,
   Francisca Moralez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ, | No. 4:17-cv-00648-KAW |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |
| vs. | |
| DARAKAR, INC.; VALERO 1800 W 10TH STREET, ANTIOCH, CA; | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff Francisca Moralez and Defendants, Darakar, Inc., and Valero 1800 W 10th Street, Antioch, CA, the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: August 13, 2018          MISSION LAW FIRM, A.P.C.

                                           */s/ Tanya E. Moore*
                                           Tanya E. Moore
                                           Attorney for Plaintiff,
                                           Francisca Moralez

Dated: August 13, 2018          VAUGHAN & ASSOCIATES

                                           */s/ Cris C. Vaughan*
                                           Cris C. Vaughan
                                           Attorneys for Defendants,
                                           Darakar, Inc., and Valero 1800 W 10th Street,
                                           Antioch, CA

### **ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                           */s/ Tanya E. Moore*
                                           Tanya E. Moore
                                           Attorney for Plaintiff,
                                           Francisca Moralez